IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>$27,390.00 IN UNITED STATES CURRENCY,<br><br>          Defendant,<br>and<br><br>ALEJANDRO CEBALLOS,<br><br>          Claimant. | 8:24CV119<br><br>**ORDER OF DISMISSAL** |

      This matter is before the court on the parties' Stipulation for Dismissal. Filing 22. The parties represent that by virtue of the Receipt, Filing 21, filed by Claimant's attorney, Jason E. Troia, this case may now be dismissed. The Court finds that this matter should be dismissed. Accordingly,

      IT IS ORDERED that the parties' Stipulation for Dismissal, Filing 22, is accepted, and pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff's cause of action against the Defendant/Claimant is hereby dismissed in its entirety.

      IT IS FURTHER ORDERED that pursuant to the terms of the settlement, $9,917.00 of the $27,390.00 Defendant property was returned to the Claimant, Alejandro Ceballos. The remaining Defendant property, viz., $17,473.00, shall be forfeited to the United States and shall be disposed of administratively by the U.S. Customs and Border Protection.

The parties are responsible for their own costs and attorney fees.

Dated this 20th day of February, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge